**Order entered January 14, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00813-CV

**EDWARD KELLY, EDWARD KELLY D/B/A KELLY PLUMBING & LEAK DETECTION AND BRITTANY KELLY, Appellants**

**V.**

**SANJAI R. ISAAC, M.D., REBECCA ISAAC AND MERIDIAN REVOCABLE TRUST, BARBARA HEIDEN AND SHELLEY OLIVER AND BLAKE MYERS, Appellees**

**On Appeal from the County Court at Law No. 7
Collin County, Texas
Trial Court Cause No. 007-01284-2017**

## ORDER

Before the Court is appellees' January 10, 2020 second unopposed motion to extend time to file their brief. Appellees seek an extension of fifteen days. We **GRANT** the motion and **ORDER** the brief be filed no later than January 27, 2020.

/s/      ERIN A. NOWELL
             JUSTICE